**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Harry S. LeWinter <br> Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 18-20680 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               jwarmbrodt@kmllawgroup.com
                               Attorney I.D. No. 42524
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               Phone: (215)-627-1322

                               Attorney for Movant/Applicant