# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-20680 GLT |
| Harry S. LeWinter | : Chapter 7 |
| Debtor | : |
| REO Trust 2017-RPL1 c/o Rushmore Loan Management Services | : |
| Movant | : |
| vs. | : |
| Harry S. LeWinter | : |
| Debtor/Respondent | : |
| and | : |
| Lisa M. Swope, Esquire | : |
| Trustee/Respondent | : |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than July 2, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.paeb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

      A hearing will be held on <u>July 12, 2018</u> at <u>10:00 AM</u> before Judge <u>Gregory L. Taddonio</u> in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: 06/14/2018     /s/Danielle Boyle-Ebersole, Esquire
      Danielle Boyle-Ebersole, Esquire
      Hladik, Onorato & Federman, LLP
      Attorney I.D. # 81747
      298 Wissahickon Avenue
      North Wales, PA 19454
      Phone 215-855-9521
      Fax 215-855-9121