# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-20680 GLT |
|     Harry S. LeWinter | : Chapter 7 |
| Debtor | : |
| REO Trust 2017-RPL1 c/o Rushmore Loan Management Services | : |
| Movant | : |
| vs. | : |
| Harry S. LeWinter | : |
| Debtor/Respondent | : |
| and | : |
| Lisa M. Swope, Esquire | : |
| Trustee/Respondent | : |

## **CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

     I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Objection to Amended Motion for Relief, on the parties at the addresses shown on July 6, 2018.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

John Eric Bumbaugh
Old Trail Professional Building
10526 Old Trail Road, Suite 1
North Huntingdon, PA 15642
Via First Class Mail
*Attorney for Debtor*

Harry S. LeWinter
112 N. 6th Street
Youngwood, PA 15697
Via First Class Mail
*Debtor*

Lisa M. Swope
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Via First Class Mail
*Trustee*

<u>/s/ Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121